# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-4013
_____

KRISTOPHER LEE MADSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

December 6, 2023

PER CURIAM.

Because the direct appeal was already pending with this Court (1D22-3299), the trial court lacked jurisdiction to decide the merits of Appellant's rule 3.800(a) motion. *See Lowe v. State*, 152 So. 3d 1279, 1280 (Fla. 1st DCA 2015) ("[W]e quash the orders denying the motion because the trial court lacked jurisdiction to rule on the motion while the direct appeal of Appellant's judgment and sentence in these cases was pending in this court.").

ORDER QUASHED.

ROBERTS, ROWE, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Kristopher Lee Madson, pro se, Appellant.

Ashley Moody, Attorney General, and Adam B. Wilson, Assistant Attorney General, Tallahassee, for Appellee.